UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ex rel. | ) | |
| Lee Christopher | ) | |
| | ) | |
| v. | ) | NO. 3:10-0854 |
| | ) | JUDGE CAMPBELL |
| CENTERSTONE OF TENNESSEE, INC. | ) | |

## SEALED ORDER

Pending before the Court is Plaintiff's Motion to Place Complaint Under Seal (Docket No. 2). The Motion is GRANTED.

This is an action filed under the False Claims Act pursuant to 31 U.S.C. § 3729 et seq. 31 U.S.C. § 3730(b)(2) provides that the "complaint shall be filed in camera, shall remain under seal for at least 60 days, and shall not be served on the defendant until the court so orders." Accordingly, pursuant to 31 U.S.C. § 3730(b)(2), this action shall be filed under seal and shall remain under seal until further order of the Court.

The United States of America and the Plaintiff shall notify the Court on or before December 13, 2010, of any reasons why the case should not be unsealed at that time. If the case is not unsealed at that time, the parties shall file a notice with the Court every 60 days regarding whether the case should remain sealed.

The case is REFERRED to the Magistrate Judge for customized case management.

The Clerk shall serve a copy of this Order only on the United States Attorney and counsel for the Plaintiff.

This Order shall be filed under seal.

It is so ORDERED.

                                           /s/ Todd Campbell
                                           TODD J. CAMPBELL
                                           UNITED STATES DISTRICT JUDGE