IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA ex rel. | ) | |
| LEE CHRISTOPHER | ) | No. 3-10-0854 |
| | ) | |
| v. | ) | |
| | ) | |
| CENTERSTONE OF TENNESSEE, INC. | ) | |

O R D E R

In accord with the order entered June 13, 2011 (Docket Entry No. 11), the Clerk is directed to UNSEAL this case.

However, pending further order, Docket Entry Nos. 2-9, along with the contemporaneously entered order, shall remain UNDER SEAL.

The plaintiff shall, as promptly as possible, obtain issued summons from the Clerk and serve the complaint and summons on the defendant, along with copies of the notice of election by the United States to decline intervention (Docket Entry No. 10), the June 13, 2011, order, and this order.

The initial case management conference is RESCHEDULED to **Friday, July 29, 2011, at 1:00 p.m.** in Courtroom 764, U.S. Courthouse, 801 Broadway, Nashville, Tennessee.

The stay of discovery, pursuant to Rule 26(d) of the Federal Rules of Civil Procedure, is hereby LIFTED.

Prior to the initial case management conference, counsel for the parties shall meet and confer pursuant to Rule 26(f) of the Federal Rules of Civil Procedure, and shall, to the extent possible, exchange initial disclosures pursuant to Rule 26(a)(1).

Prior to the initial case management conference, counsel for the parties shall also confer and shall prepare a proposed, joint initial case management order, including the parties' respective theories of the case, issues resolved and in dispute, proposed scheduling for the progression of the case, and any other relevant matters provided in Local Rule 16.01(d)(1)(c) and 16.01(d)(2). If the parties anticipate discovery of electronically stored information, they shall include in the proposed

initial case management order the methodology for such discovery. See Administrative Order No. 174, entered July 9, 2007. If the parties anticipate little, if any, electronic discovery and they believe it is not necessary to be governed by Administrative Order No. 174, they shall so provide in the proposed initial case management order.

Counsel shall e-file the proposed order prior to the initial case management conference.

All counsel appearing at the initial case management conference shall bring with them their calendars and be cognizant of the calendars of any attorneys not appearing at the initial case management conference whose schedules are relevant to the scheduling in this case.

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge