IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ex. rel LEE CHRISTOPHER | ) ) ) NO. 3-10-0854 |
| v. | ) JUDGE CAMPBELL ) |
| CENTERSTONE OF TENNESSEE, INC. | ) |

ORDER

Pending before the Court is Plaintiff Lee Christopher's Motion for Voluntary Dismissal (Docket No. 15). Plaintiff represents that the United States of America has no opposition to the Motion, and there is no indication in the file that Defendant has been served with the Complaint.

Accordingly, this action is DISMISSED, and the Clerk is directed to close the file. This Order shall constitute the final judgment in this case pursuant to Fed. R. Civ. P. 58.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE